HARRY CARMAN, Administrator, etc., of LILLIAN M. CARMAN, Deceased, and

HARRY CARMAN and EDWARD SMITH v. JAMES A. HEARN & SON, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.